PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Joanthony Maldonado                         Docket No. 11CR00057-011

Petition for Action on Conditions of Pretrial Release

COMES NOW Michele Roman PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Joanthony Maldonado, who was placed under pretrial release supervision by the Honorable Madeline Cox Arleo sitting in the Court at Newark, New Jersey, on February 1, 2010, under the following conditions:

$100,000 bond secured by the available equity located in 535 Beardlsey Avenue, Bloomfield, New Jersey cosigned by Gladys Heredia and Anna Heredia , and the following conditions of release:

1. Pretrial Services supervision;
2. Gladys Heredia to serve as Third Party Custodian;
3. Substance abuse testing and treatment as directed by Pretrial Services;
4. Travel restricted to New Jersey;
5. Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents;
6. Maintain residence as approved by Pretrial Services;
7. Home detention with electronic monitoring. The defendant will be placed on electronic monitoring and will remain at his residence at all times except for attorney visits, court appearances, medical treatment, and stationary and verifiable employment/education.

On February 11, 2011 he pled guilty before Your Honor and sentencing is scheduled for May 9, 2011.

Respectfully presenting petition for action of Court and for cause as follows:

[SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **a Bail Violation Hearing to be scheduled**.

ORDER OF COURT

Considered and ordered this ___14th___ day of ___March___ and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___March 11, 2011___

_____
Michele Roman
U.S. Pretrial Services Officer